UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL SANTIAGO,

                Plaintiff,              23-cv-2673 (JGK)

      - against -                 ORDER

UMBRELLA MANAGEMENT LLC, ET AL.,

                Defendants.

    Pursuant to Federal Rule of Civil Procedure 12(a), the time for the defendant Umbrella Management LLC ("Umbrella") to answer was April 27, 2023. To date, the defendant has not answered or otherwise responded to the amended complaint.

    The time for Umbrella to move or answer is extended to **June 28, 2023**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

    The plaintiff is directed to serve a copy of this Order on Umbrella and to note such service on the docket by **May 11, 2023**. The plaintiff's time to serve the other defendants, Parmod Chadha and Harsh Seth, has not yet expired.

SO ORDERED.

Dated:    New York, New York
           May 4, 2023

                                              John G. Koeltl
                                   United States District Judge