```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────
MIGUEL SANTIAGO,

                    Plaintiff,           23-cv-2673 (JGK)

     - against -                         ORDER

UMBRELLA MANAGEMENT LLC, ET AL.,

                    Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

The plaintiff in this action served one of the defendants, Umbrella Management LLC ("Umbrella"), on April 6, 2023. ECF No. 5. Umbrella has appeared to defend the action and its response is currently due on September 11, 2023. ECF No. 20. On July 5, 2023, the Court extended the time for the plaintiff to serve the two remaining defendants, Harsh Seth and Parmod Chadha, to July 31, 2023. ECF No. 16. On that date, the plaintiff requested leave to file an amended complaint and a second extension of time to serve the remaining defendants. ECF No. 21.

On August 1, 2023, this Court granted the plaintiff's request for leave to file an amended complaint and directed the plaintiff to serve the amended complaint on the defendants by August 14, 2023. ECF No. 22. The plaintiff filed the amended complaint, ECF No. 23, but to date, the plaintiff has not filed any proof of service on Seth and Chadha.

The time for the plaintiff to serve the amended complaint on Seth and Chadha and to file proof of service on the docket is extended to **September 11, 2023.** If the plaintiff does not serve Seth and Chadha by that date or request an extension of time to serve, then the case may be dismissed for failure to prosecute with respect to the individual defendants, Seth and Chadha.

**SO ORDERED.**

**Dated:    New York, New York**
**         August 23, 2023**                  ___/s/ John G. Koeltl___
                                               **John G. Koeltl**
                                        **United States District Judge**