UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MIGUEL SANTIAGO,

                Plaintiff,

  - against -

UMBRELLA MANAGEMENT, LLC, et al.,

                Defendants.

23-cv-2673 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **September 26, 2023**.

SO ORDERED.

Dated:    New York, New York
           September 12, 2023

                                      John G. Koeltl
                                United States District Judge