UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MIGUEL SANTIAGO,
                Plaintiff(s)

            23 civ 2673 (JGK)

    -against-

UMBRELLA MANAGEMENT,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The parties, by order of September 12, 2023, having been directed to submit a 26(f) report by September 26, 2023,

The conference scheduled for September 25, 2023, is canceled.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 20, 2023