UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL SANTIAGO,<br><br>                        Plaintiff,<br><br>         v.<br><br>UMBRELLA MANAGEMENT LLC, et al.,<br><br>                        Defendants. | 23-CV-2673 (DEH)<br><br>**NOTICE OF REASSIGNMENT** |

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

    Additionally, the Court will conduct a case management conference following the close of discovery on **April 2, 2024, at 10:00 A.M.** The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 229 742 60 followed by the pound (#) sign.

Dated: October 13, 2023
       New York, New York

                                                    DALE E. HO
                                         United States District Judge